UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 4:20-cv-0135-SNLJ |
| GURU NANAK INVESTMENTS, LLC,<br>an Arizona limited liability company, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that Defendant GURU NANAK INVESTMENTS, LLC, has reached a settlement with Plaintiff Fred Nekouee. The parties expect to perfect the Settlement Agreement by May 31, 2020.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (MO #37687)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

Attorney for Plaintiff Fred Nekouee

## CERTIFICATE OF SERVICE

I certify that on April 16, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (MO #37687)