UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:20-CV-00135-SNLJ |
| | ) |
| GURU NANAK INVESTMENTS, LLC, | ) |
| an Arizona limited liability company, | ) |
| | ) |
| Defendant(s). | |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within sixty (60) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 16th day of April, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE