UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FRED NEKOUEE, individually,        :
        :
        Plaintiff,        :
        :
vs.        :   Case No. 4:20-cv-0135-SNLJ
        :
GURU NANAK INVESTMENTS, LLC,        :
an Arizona limited liability company,        :
        :
        Defendant.        :
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fred Nekouee ("Plaintiff") hereby

dismisses Plaintiff's claims against Defendant GURU NANAK INVESTMENTS, LLC with

prejudice.  The parties have entered into a Settlement Agreement.  Except as otherwise agreed,

each party to bear his or its own attorney's fees and costs.


DATE:  June 15, 2020


Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2020, I filed a true and correct copy of the foregoing Notice via the Court's CM/ECF system.

*s/Robert J. Vincze*
Robert J. Vincze (MO #37687)