UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 4:20-cv-0135-SNLJ |
| GURU NANAK INVESTMENTS, LLC, an Arizona limited liability company, | : |
| Defendant. | : |

## AMENDED NOTICE OF DISMISSAL--WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fred Nekouee ("Plaintiff") hereby dismisses Plaintiff's claims against Defendant GURU NANAK INVESTMENTS, LLC with prejudice. The parties have entered into a Settlement Agreement. Except as otherwise agreed, each party to bear his or its own attorney's fees and costs.

DATE: June 15, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2020, I filed a true and correct copy of the foregoing Notice via the Court's CM/ECF system.

*s/Robert J. Vincze*
Robert J. Vincze (MO #37687)
