UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FRED NEKOUEE, individually,

    Plaintiff,

vs.

GURU NANAK INVESTMENTS, LLC,
an Arizona limited liability company,

    Defendant.

Case No. 4:20-cv-0135-SNLJ

## AMENDED NOTICE OF DISMISSAL--WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fred Nekouee ("Plaintiff") hereby dismisses Plaintiff's claims against Defendant GURU NANAK INVESTMENTS, LLC with prejudice. The parties have entered into a Settlement Agreement. Except as otherwise agreed, each party to bear his or its own attorney's fees and costs.

DATE: June 15, 2020

SO ORDERED this 16th day of June, 2020

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*